```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DENISE CRUMWELL, on behalf of herself and all other                    :
persons similarly situated,                                            :
                                                                       :
                                                                       :
                               Plaintiff,                              :
                                                                       :    24 Civ. 10026 (JPC)
             -v-                                                       :
                                                                       :         ORDER
NEGATIVE, INC.,                                                        :
                                                                       :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 30, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore February 20, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 3, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by March 10, 2025.

SO ORDERED.

Dated: February 24, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge